\*\* E-filed March 12, 2010 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>  Plaintiff,<br>  v.<br><br>ACE AMERICAN INSURANCE COMPANY, et al.,<br><br>  Defendants.<br>_____/ | No. C10-00027 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket No. 4] |

Upon filing, this action was scheduled for an Initial Case Management Conference on April 6, 2010. Plaintiff now advises the court that it has not yet completed service on defendants and that it may need to amend the complaint. It therefore requests a thirty-day continuance of the Initial Case Management Conference and associated deadlines.

Good cause appearing, the Initial Case Management Conference is hereby CONTINUED to **May 11, 2010 at 1:30 pm** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties shall submit a Joint Case Management Statement no later than **May 4, 2010**.

**IT IS SO ORDERED.**

Dated: March 12, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C 10-00027 HRL Notice will be electronically mailed to:**

2 Kevin K. Cholakian    kcholakian@cholakian.net, dtate@cholakian.net, flay@cholakian.net, kkitching@cholakian.net, lkoblitz@cholakian.net, mcoe@cholakian.net, sberdux@cholakian.net, vlerche@cholakian.net

4 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**