\*\* **E-filed April 21, 2010** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,<br><br>        Plaintiff,<br>  v.<br><br>ACE AMERICAN INSURANCE COMPANY, et al.,<br><br>        Defendants.<br>_____/ | No. C10-00027 HRL<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 6]** |

Upon filing, this action was scheduled for an Initial Case Management Conference on April 6, 2010. The court continued the conference to May 11, 2010 at the plaintiff's request. (Docket No. 5.) Plaintiff now advises the court that it still has not yet completed service on defendants and that it is re-evaluating its position. It therefore requests an additional fourteen-day continuance of the Initial Case Management Conference and associated deadlines.

Good cause appearing, the Initial Case Management Conference is hereby CONTINUED to **May 25, 2010 at 1:30 pm** in Courtroom 2, 5th floor of the United States District Court, San Jose. The parties shall submit a Joint Case Management Statement no later than **May 18, 2010**. Absent unforeseen circumstances, the court will not entertain additional requests for continuance.

**IT IS SO ORDERED.**

Dated: April 21, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-00027 HRL Notice will be electronically mailed to:**

Kevin K. Cholakian    kcholakian@cholakian.net, dtate@cholakian.net, flay@cholakian.net, kkitching@cholakian.net, lkoblitz@cholakian.net, mcoe@cholakian.net, sberdux@cholakian.net, vlerche@cholakian.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**