KEVIN K. CHOLAKIAN, ESQ. (S.B. #103423)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Suite 415
So. San Francisco, California 94080
Telephone: (650) 871-9544
Facsimile: (650) 871-9522
kcholakian@cholakian.net

Attorneys for Plaintiff
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY



IT IS SO ORDERED
Judge James Ware
6/17/2010

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; FIRST SPECIALTY INSURANCE CORPORATION; and DOES 1-25 inclusive,<br><br>Defendants. | Case No.  C 10-00027 JW<br><br>**NOTICE OF DISMISSAL OF DEFENDANTS ACE AMERICAN INSURANCE COMPANY AND ACE PROPERTY AND CASUALTY INSURANCE COMPANY**<br><br>[Hon. James Ware] |

Plaintiff Nationwide Mutual Fire Insurance Company hereby dismisses Defendants ACE American Insurance Company and ACE Property and Casualty Insurance Company, by themselves and themselves alone, in the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Date:   June 7, 2010

CHOLAKIAN & ASSOCIATES
A Professional Corporation

By_____
Kevin K. Cholakian, Esq.
Attorneys for Plaintiff NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

158 614

1