

KEVIN K. CHOLAKIAN, ESQ. (S.B. #103423)
CHOLAKIAN & ASSOCIATES
A Professional Corporation
400 Oyster Point Blvd., Suite 415
So. San Francisco, California 94080
Telephone: (650) 871-9544
Facsimile: (650) 871-9522
kcholakian@cholakian.net

Attorneys for Plaintiff
NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY

6/25/2010

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE AMERICAN INSURANCE COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; FIRST SPECIALTY INSURANCE CORPORATION; and DOES 1-25 inclusive,<br><br>Defendants. | Case No.  C 10-00027 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; FINDING AS MOOT REQUEST FOR TELEPHONIC APPEARANCE**<br><br><br>**[Hon. James Ware]** |

    COMES NOW Plaintiff Nationwide Mutual Fire Insurance Company and reports on the status of this case.  Plaintiff is in the process of completing settlement negotiations with the remaining defendant, First Specialty Insurance Corporation, and anticipates filing a request for dismissal of the entire action within the next two weeks.

    Accordingly, Plaintiff requests that the Court vacate the Case Management Conference of June 28, 2010.

///

///

///

158 614

1

STATUS REPORT OF PLAINTIFF NATIONWIDE MUTUAL FIRE INSURANCE COMPANY AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE [OR, ALTERNATIVELY, REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

Alternatively, Plaintiff requests that the Court grant it permission to appear telephonically at the Case Management Conference of June 28, 2010.

Date:   June 25, 2010                    CHOLAKIAN & ASSOCIATES
                                         A Professional Corporation


                                         By_____/s/_____
                                              Kevin K. Cholakian, Esq.
                                         Attorneys for Plaintiff NATIONWIDE MUTUAL
                                         FIRE INSURANCE COMPANY

158 614                                  2

STATUS REPORT OF PLAINTIFF NATIONWIDE MUTUAL FIRE INSURANCE COMPANY AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE [OR, ALTERNATIVELY, REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

**ORDER**

In light of Plaintiff's late filed status statement, the Court continues the Case Management Conference to **July 12, 2010 at 10:00 AM.** On or before **July 2, 2010,** Plaintiff shall file a Stipulated Dismissal or a Joint Status Report to update the Court on their settlement efforts as to the one remaining defendant. The request to appear by telephone for the June 28, 2010 conference is found a MOOT.

DATED ___June 25, 2010_____

_____
Hon. James Ware
District Judge

LAW OFFICES OF
CHOLAKIAN & ASSOCIATES
A PROFESSIONAL CORPORATION
400 OYSTER POINT BLVD., SUITE 415
SO. SAN FRANCISCO, CALIFORNIA 94080

158 614                                                3

STATUS REPORT OF PLAINTIFF NATIONWIDE MUTUAL FIRE INSURANCE COMPANY AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE [OR, ALTERNATIVELY, REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER