

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, an Ohio corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>ACE AMERICAN INSURANCE COMPANY; ACE PROPERTY AND CASUALTY INSURANCE COMPANY; FIRST SPECIALTY INSURANCE CORPORATION; and DOES 1-25 inclusive,<br><br>           Defendants. | Case No.  C 10-00027 JW<br><br>**NOTICE OF DISMISSAL OF DEFENDANT FIRST SPECIALTY INSURANCE CORPORATION**<br><br>[Hon. James Ware] |

    Plaintiff Nationwide Mutual Fire Insurance Company hereby dismisses Defendants First Specialty Insurance Corporation by themselves and themselves alone, in the above-captioned action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  Defendant First Specialty Insurance Corporation has not made an appearance in this action; accordingly, Plaintiff files this Notice of Dismissal without stipulation.

///

///

///

1   Accordingly, Plaintiff requests that the Court vacate the Case Management Conference
2   for July 12, 2010.

Date:   July 9, 2010                    CHOLAKIAN & ASSOCIATES
                                        A Professional Corporation


                                        By_____/s/ Kevin Cholakian_____
                                        Kevin K. Cholakian, Esq.
                                        Attorneys for Plaintiff NATIONWIDE MUTUAL
                                        FIRE INSURANCE COMPANY


**\*\*\* ORDER \*\*\***

  The Clerk shall close this file.

Dated:  July 9, 2010                    _____
                                        JAMES WARE
                                        United States District Judge